SHERWOOD AUTOMOBILE CORPORATION, Respondent, *v.* THE CENTURY INSURANCE COMPANY, LIMITED, Appellant.

(Argued April 3, 1930; decided May 6, 1930.)

*William F. Unger, Russell T. Mount* and *Harris L. Greene* for appellant.

*Robert B. Knowles* and *Otto A. Hack* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.